JOHN K. AYEW, as President of GOLD COAST FARMERS ASSOCIATION, Respondent, *v.* WILLARD HAWES & Co., INC., et al., Appellants, Impleaded with Others.

Argued December 2, 1937; decided January 4, 1938.

*Jay Leo Rothschild, Bernard Gordon, Joseph B. Cotton, Howard W. Fensterstock, Samuel Brenner* and *Roy F. Wrigley* for appellants.

*Sidney S. Bobbé, Alexander Slater* and *A. F. Sackheim* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.